LAW LIBRARY

NO. 29175

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 MAR 25 AM 7:46 FILED

STATE OF HAWAI'I, Respondent-Appellee,

vs.

JESSE BROOKS, Petitioner-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 03-1-2325)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Appellant's application for writ of

certiorari filed on February 8, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, March 25, 2010.

FOR THE COURT:

*Pauline C. Nakayama*

Associate Justice

Taryn R. Tomasa,
Deputy Public Defender,
on the application

---

[1]Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.